STATE OF NEW JERSEY v. ANTHONY BULLOCK.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFONSO SCOTT.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. EDDIS HERNANDEZ.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. REUBEN S. SARDINAS.

STATE OF NEW JERSEY v. EFRAIN BORROTO.

February 13, 1986.

Petition for certification denied.